| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Daniel Hipskind SBN 266763<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>ATTORNEY FOR  Plaintiff | (903) 235-2833 | |
| WESTERN DISTRICT, WACO<br>800 Franklin, Rm 380<br>Waco, TX 76701 | | |
| SHORT TITLE OF CASE:<br>Sable Networks, Inc. v. Nokia Corporation | | |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>6:20-cv-808 |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>1576-001 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons; Summons; Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet;**

On: **Nokia Solutions and Networks Oy**

I served the summons at:

**211 E. 7th Street 620  Austin, TX 78701**

On: **9/2/2020**          Date:  **12:05 PM**

In the above mentioned action by personally serving to and leaving with

**Samantha Guerra  -  Agent / Manager**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Jerry Melber**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **337.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*(signed)* Jerry Melber          Date: **09/02/2020**