UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC. AND SABLE IP, LLC,<br><br>　　　　　　*Plaintiffs,*<br><br>　　　　v.<br><br>NOKIA CORPORATION; NOKIA OF AMERICA CORPORATION; AND NOKIA SOLUTIONS AND NETWORKS OY,<br><br>　　　　　　*Defendants.* | **Civil Action No. 6:20-CV-00808-ADA**<br>**JURY TRIAL DEMANDED** |

## ORDER DISMISSING PLAINTIFFS' INDUCED AND WILLFUL INFRINGEMENT ALLEGATIONS AND EXTENDING NOKIA'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Before the Court is a Joint Stipulation to Dismiss Plaintiffs' Induced and Willful Infringement Allegations from the Complaint without prejudice to Plaintiffs' ability to seek discovery relevant to induced infringement and willful infringement, to which Nokia reserves its rights to raise appropriate objections, and without prejudice to Plaintiffs amending the complaint to allege induced infringement and/or willful infringement after discovery commences in this action. Also before the Court is Defendants' unopposed request to extend its deadline to answer or otherwise respond to the Complaint until 7 days from the date of this Order.

It is therefore **ORDERED** that Plaintiffs Sable Networks, Inc. and Sable IP, LLC's claims of induced infringement and willful infringement are hereby dismissed without prejudice to Plaintiffs amending the complaint to allege induced infringement and/or willful infringement after fact discovery in this action opens.

1

It is further **ORDERED** that Nokia's shall have up to and including November 16, 2020 to answer or otherwise respond to the remaining allegations in the Complaint.

**SIGNED** this ___9th___ day of ___November___ , 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE