# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SABLE NETWORKS, INC. AND SABLE IP, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>NOKIA OF AMERICA CORPORATION AND NOKIA SOLUTIONS AND NETWORKS OY,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>) C.A. No. 6:20-cv-00808-ADA<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows: (i) all of Plaintiffs Sable Networks, Inc. and Sable IP, LLC's claims in this action against Nokia of America Corporation and Nokia Solutions and Networks Oy shall be dismissed with prejudice; (ii) all of Nokia of America Corporation and Nokia Solutions and Networks Oy's claims and defenses in this action against Sable Networks, Inc. and Sable IP, LLC shall be dismissed without prejudice; and (iii) each Party shall bear its own costs, expenses, and attorneys' fees.

Signed on January 26, 2021.

_____
The Honorable Alan D Albright
US District Judge